**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Joshua Jerome WHITE, Defendant–
Appellant.**

No. 11–30268
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 19, 2011.

Mary Patricia Jones, Assistant U.S. Attorney, U.S. Attorney's Office, Baton Rouge, LA, for Plaintiff–Appellee.

Marilyn Michele Fournet, Esq., Law Office of M. Michele Fournet, Baton Rouge, LA, for Defendant–Appellant.

---

Before KING, HAYNES, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Joshua Jerome White has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). White has filed a response in which he requests credit against his sentence for the time spent in custody after his arrest. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as White's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Further, 28 U.S.C. § 2241 is the proper procedural vehicle for obtaining credit for prior custody. *United States v. Cleto,* 956 F.2d 83, 84 (5th Cir.1992). Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Before KING, HAYNES, and GRAVES, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.